FILED  
United States Court of Appeals  
Tenth Circuit

June 7, 2023

Christopher M. Wolpert  
Clerk of Court

# UNITED STATES COURT OF APPEALS

# FOR THE TENTH CIRCUIT

_____

JAHMAL MILLER,

    Plaintiff - Appellee.

v.

MILE HI FOODS, CO.; CHRISTOPHER C. WATSON,

    Defendants - Appellants,

and

ALEXANDER H. TRUDDEN,

    Defendant.

No. 23-1051  
(D.C. No. 1:20-CV-03682-MEH)  
(D. Colo.)

_____

**ORDER**

_____

In accordance with 10th Cir. R. 33.1 and upon consideration of the stipulation of the parties to voluntarily dismiss the captioned appeal, this appeal is dismissed. *See* Fed. R. App. P. 42(b)(1).

Each party will bear their own costs on appeal. A copy of this order will stand as the mandate of the court.

Entered for the Court

CHRISTOPHER M. WOLPERT, Clerk